UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-154 |
| PRICE, ET AL. | SECTION A(3) |

**ORDER AND REASONS**

Defendant Jasmine Perry moves to dismiss Overt Act 41 and to exclude from trial any evidence used to obtain his plea in Case 11-CR-107 (Rec. Doc. 481). The motion has been adopted by co-defendants Evans Lewis and Ashton Price (Rec. Docs. 485 & 504).

The motion is DENIED for the following reasons: The Court is persuaded that the series of wiretap phone calls suggesting a conspiracy to murder Corey Lewis with a firearm pertains to a crime of violence. Perry's plea agreement in CR11-107 specifically excepts crimes of violence. Given that the plea agreement itself does not preclude Overt Act 41, the Court is not persuaded that any type of jeopardy or due process problem is created by using in this case the same wiretap evidence that was presented to Perry in CR11-107 when he decided to enter his plea.

Accordingly;

**IT IS ORDERED** that the **Motion to Dismiss Overt Act 41 and to Exclude Related Evidence (Rec. Doc. 481)** is **DENIED**.

August 24, 2016.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE