IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30610
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

JASMINE PERRY, also known as J-Real Perry, also known as Rell Perry; LEROY PRICE, also known as Lee Price, also known as Lumps Price; ALONZO PETERS, also known as Woo-die Peters, also known as Woo-dee Peters; CURTIS NEVILLE, also known as Pooney Neville, also known as Poonie Neville; SOLOMON DOYLE, also known as Black Doyle, also known as Sol Doyle; DAMIAN BARNES, also known as AD Barnes; ASHTON PRICE, also known as Pound Price, BMG Pound Price; MCCOY WALKER, also known as Rat Walker, also known as Trap Walker; TERRIOUES OWNEY, also known as T-Red Owney; EVANS LEWIS, also known as Easy Lewis,

        Defendants - Appellants

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

    IT IS ORDERED that the appellant's unopposed motion of Jasmine Perry to place the motion to stay further proceedings in this court under seal is GRANTED.

IT IS FURTHER ORDERED that the appellant's unopposed motion of Jasmine Perry to stay further proceedings in this court is GRANTED.

/s/ James E. Graves, Jr.

_____
JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE